## CARPENTER v. BLACK.

No. 4603.    Opinion Filed June 22, 1915.
(150 Pac. 208.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Cause dismissed for failure to comply with rule 7 (38 Okla. vi, 137 Pac. ix).

(Syllabus by Galbraith, C.)

*Error from District Court, Tillman County;*
*Frank Mathews, Judge.*

Action between J. T. Black and J. L. Carpenter. From the judgment, Carpenter brings error. Dismissed.

Opinion by GALBRAITH, C. The petition in error and case-made in this cause were filed with the clerk of this court on November 30, 1912. The cause was regularly submitted on June 7, 1915. The plaintiff in error has filed no brief, and has offered no excuse for his failure to do so.

The appeal should, therefore, be dismissed.

By the Court: It is so ordered.